IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHIEM, | ) | CASE NO. 8:18-CV-00116 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| QSR SERVICES, LLC; AND GALAXY VENTURES II, LLC | ) | |
| Defendants. | ) | |

THIS MATTER COMES BEFORE THE COURT upon the Stipulation of the Parties that this case be dismissed, with prejudice, except for enforcement purposes, with each party to bear his or its own costs. (Filing No. 19.) Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, except for enforcement purposes, and each party shall bear his or its own costs.

DATED this 23rd day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge